IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| KENNETH L. FERGUSON, et al. | : | CIVIL ACTION |
|---|---|---|
| v. | : | |
| VALERO ENERGY CORP., d/b/a DELAWARE CITY REFINERY, et al. | : | NO. 06-540 |
| ANN MARIE VITANZA, et al. | : | CIVIL ACTION |
| v. | : | |
| VALERO ENERGY CORP., d/b/a DELAWARE CITY REFINERY, et al. | : | NO. 06-764 |

**STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS IN CIVIL ACTION NO. 06-764 AS TO THE VITANZA PLAINTIFFS AND DEFENDANTS ONLY**

The matter in difference in the above-entitled action between plaintiffs Christine Brockett and Ann Marie Vitanza, individually and as executrix of the Estate of John A. Lattanzi, and defendants Valero Energy Corporation and The Premcor Refining Group, Inc., docketed as Civil Action Number 2:06-cv-00764-MAM, having been amicably adjusted by and between said parties hereto, it is hereby **STIPULATED** and **AGREED** that said Civil Action No. 06-764 only be and is hereby dismissed without costs and with prejudice.

_____
Richard Grungo, Jr. Esquire
Archer & Greiner P.C.
Attorneys for Plaintiffs
Christine Brockett and Ann Marie
Vitanza, individually and as executrix
of the Estate of John A. Lattanzi

_____
John B. Kearney, Esquire
Ballard Spahr Andrews & Ingersoll, LLP
Attorneys for Defendants
Valero Energy Corporation and The Premcor
Refining Group, Inc.

Dated: November 7, 2008